UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

SUSAN BELLAIRE, Individually, JOHN MASSEY, Individually, SUSAN BELLAIRE and JOHN MASSEY, as Parents and Natural Guardians of JOHN-LUC MASSEY, a minor,

Plaintiffs,

v.

BGH LIMITED PARTNERSHIP and WHOLE FOODS MARKET GROUP, INC.

Defendants.

Case No.:

CA 07 97-ML-LDA

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. § 1441(a) and 1446(b), Defendants Whole Foods Market Group, Inc. ("Whole Foods") and BGH Limited Partnership ("BGH"), by and through their attorneys, Adler Pollock & Sheehan, P.C., hereby remove the case presently pending in the Rhode Island Superior Court, entitled Bellaire, et al. v. BGH Limited Partnership, et al., C.A. No. PC -07-0795, to the United States District Court for the District of Rhode Island. Removal of this action is proper for the following reasons:

1. The Complaint was filed with the Court on February 12, 2007. The registered agents of Defendants Whole Foods and BGH received a copy of the Summons and Complaint in this action on or about February 13, 2007; both Summonses were filed with the Superior Court on February 15, 2007. Certified copies of all process, pleadings and orders in the State Court Action are forthcoming.

2. This Petition for Removal is timely filed pursuant to 28 U.S.C. § 1446(b) because it has been filed within thirty (30) days after the Defendants' receipt of service of the Summons

and Complaint. The Complaint in this action was the initial pleading setting forth the claim for relief upon which the State Court Action is based.

3. This Court has original jurisdiction over the State Court Action pursuant to 28 U.S.C. § 1332 because there is a diversity of citizenship among the parties. Plaintiffs claim to be citizens of the State of Rhode Island. Defendant BGH is organized under the laws of the Commonwealth of Massachusetts and maintains its principal place of business in Allston, Massachusetts. Defendant Whole Foods is a corporation duly organized under the laws of the State of Delaware with a principal place of business in Austin, Texas. Upon information and belief, Plaintiffs seek damages in excess of $75,000, which exceeds the jurisdictional threshold.

4. This action is removable to this Court pursuant to 28 U.S.C. § 1441(a) because the United States District Court for the District of Rhode Island encompasses the location where the State Court Action is pending, i.e., Providence, Rhode Island.

5. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be filed with the Clerk of the Rhode Island Superior Court pursuant to the Notice of Filing Notice of Removal attached hereto as Exhibit 1 and a copy of this Notice of Removal will be served upon counsel for all parties.

WHEREFORE, Defendants respectfully request that this action be removed, without waiver of procedural or substantive defenses, from Rhode Island Superior Court, Providence County, to this Court for all purposes and that this Court accept this Notice of Filing in accordance with 28 U.S.C. § 1446, et seq..

Dated: Providence, Rhode Island
March 14, 2007

Respectfully Submitted,

WHOLE FOODS MARKET GROUP, INC. and
BGH LIMITED PARTNERSHIP
By their Attorneys,

GEOFFREY W. MILLSOM
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
(401) 274-7200
Fax: (401) 751-0604/351-4607

**CERTIFICATION OF SERVICE**

I hereby certify that:

1. I am over 18 and not a party to this action.

2. On March 14, 2007, I served a true and accurate copy of the attached Notice of Removal by regular mail, postage pre-paid, upon:

William A. Poore, Esq.
Christopher J. O'Connor, Esq.
Poore & Rosenbaum LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-2600 (T)
(401) 831-2220 (F)

*411534_1*