STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

SUSAN BELLAIRE, Individually, JOHN MASSEY, Individually, SUSAN BELLAIRE and JOHN MASSEY, as Parents and Natural Guardians of JOHN-LUC MASSEY, a minor,

Plaintiffs,

v.

BGH LIMITED PARTNERSHIP and WHOLE FOODS MARKET GROUP, INC.

Defendants.

Case No.: PC-2007-0795

**NOTICE OF FILING NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that Defendants Whole Foods Market Group, Inc. ("Whole Foods") and BGH Limited Partnership ("BGH") on March 14, 2007, filed a Notice of Removal, a copy of which is attached, in the office of the clerk of the United States District Court for the District of Rhode Island.

PLEASE TAKE FURTHER NOTICE that Defendants Whole Foods and BGH have also filed a copy of the Notice of Removal with the clerk of the Superior Court for Providence County.

PENGAD-Bayonne, N. J.
EXHIBIT
1

Dated: Providence, Rhode Island
March 14, 2007

Respectfully Submitted,

WHOLE FOODS MARKET GROUP, INC. and
BGH LIMITED PARTNERSHIP
By their Attorneys,

Minette M. Loula

GEOFFREY W. MILLSOM (#6483)
MINETTE M. LOULA (#7181)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
(401) 274-7200
Fax: (401) 751-0604/351-4607

**CERTIFICATION OF SERVICE**

I hereby certify that:

1. I am over 18 and not a party to this action.

2. On March 14, 2007, I served a true and accurate copy of the attached Notice of Filing Notice of Removal by regular mail, postage pre-paid, upon:

William A. Poore, Esq.
Christopher J. O'Connor, Esq.
Poore & Rosenbaum LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-2600 (T)
(401) 831-2220 (F)

Minette M. Loula

*339309_1.doc*