UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SUSAN BELLAIRE, Individually, JOHN MASSEY, Individually, SUSAN BELLAIRE and JOHN MASSEY, as Parents and Natural Guardians of JOHN-LUC MASSEY, a minor, | : | Case No.: 07-0097-ML-LDA |
| Plaintiffs, | : | |
| v. | : | |
| BGH LIMITED PARTNERSHIP and WHOLE FOODS MARKET GROUP, INC. | : | |
| Defendants. | : | |

**CERTIFIED STATE COURT RECORD**

On March 14, 2007, Defendants Whole Foods Market Group, Inc. ("Whole Foods") and BGH Limited Partnership ("BGH"), by and through their attorneys, Adler Pollock & Sheehan, P.C., removed the case entitled Bellaire, et al. v. BGH Limited Partnership, et al., C.A. No. PC - 07-0795 from Rhode Island Superior Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(b). Certified copies of all process, pleadings and orders from this State Court Action are attached as Exhibit 1.

Dated: Providence, Rhode Island
March 21, 2007

Respectfully Submitted,

WHOLE FOODS MARKET GROUP, INC. and
BGH LIMITED PARTNERSHIP
By their Attorneys,

GEOFFREY W. MILLSOM
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
(401) 274-7200
Fax: (401) 751-0604/351-4607

**CERTIFICATION OF SERVICE**

I hereby certify that:

1. I am over 18 and not a party to this action.

2. On March 21, 2007, I served a true and accurate copy of the attached Certified State Court Record by regular mail, postage pre-paid, upon:

William A. Poore, Esq.
Christopher J. O'Connor, Esq.
Poore & Rosenbaum LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-2600 (T)
(401) 831-2220 (F)

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2007-0795 SUSAN BELLAIRE V BGH LIMITED PARTNERSHIP

Filing Date: 02-12-2007
Case Status: UNASSIGNED

Case Type: PERSONAL INJURY
Status Date: 02-12-2007

| | |
|---|---|
| Plaintiff: SUSAN BELLAIRE | Attorney: WILLIAM POORE |
| ID: @10888608 | Attorney: CHRISTOPHER O'CONNOR |
| Plaintiff: JOHN MASSEY | Attorney: WILLIAM POORE |
| ID: @10888609 | Attorney: CHRISTOPHER O'CONNOR |
| Plaintiff: JOHN MASSEY | Attorney: WILLIAM POORE |
| ID: @10888610 | Attorney: CHRISTOPHER O'CONNOR |
| Defendant: BGH LIMITED PARTNERSHIP | Attorney: GEOFFREY MILLSOM |
| ID: @10888611 | Attorney: MINETTE LOULA |
| Defendant: WHOLE FOODS MARKET GROUP INC | Attorney: MINETTE LOULA |
| ID: @10888613 | Attorney: GEOFFREY MILLSOM |

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 02-12-2007 | COMPLAINT FILED | |
| 02-12-2007 | INITIAL FILING FEE | |
| 02-13-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCP242970. |
| 02-15-2007 | PROOF OF SERVICE FILED | WHOLE FOODS MARKET GROUP<br>Affiliated: BELLAIRE, SUSAN |
| 02-15-2007 | PROOF OF SERVICE FILED | SERVED UPON BGH LTM<br>Affiliated: BELLAIRE, SUSAN |
| 02-27-2007 | ANSWER FILED | Affiliated: BGH LIMITED PARTNERSHIP |
| 03-14-2007 | NOTICE OF REMOVAL | |

True Copy Attest

[signature]

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island