UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SUSAN BELLAIRE, Individually, JOHN MASSEY, Individually, SUSAN BELLAIRE and JOHN MASSSEY as Parents and Natural Guardians of JOHN-LUC MASSEY, a minor | : | |
| vs. | : | C.A. No.: 07-97-ML-LDA |
| BGH LIMITED PARTNERSHIP and WHOLE FOODS MARKET GROUP, INC. | : | |

**PLAINTIFFS' MOTION TO REMAND**

Now come the Plaintiffs, Susan Bellaire, John Massey and Susan Bellaire and John Massey as Parents and Natural Guardians of John-Luc Massey and hereby move this Honorable Court for an Order remanding this matter back to Providence Superior Court. As grounds for the motion, Plaintiffs respectfully submit and stipulate that the values of their claims do not exceed $75,000.00, exclusive of interest and costs, as required by 28 U.S.C. § 1332(a) and therefore the claim does not meet the jurisdiction threshold and should not be subject to removal. Counsel for Plaintiffs and Defendants have conferred on this matter and Defendants assent to the fact that the value of the claims do not exceed $75,000.00, exclusive of interest and costs, and further that the motion to remand may be granted and the case remanded back to Providence Superior Court. Plaintiffs rely on the attached Memorandum of Law.

Plaintiffs, Susan Bellaire, John Massey and
John-Luc Massey, a minor, by their attorneys,

/s/ Christopher J. O'Connor
William A. Poore, Esq. (#1436)
Christopher J. O'Connor, Esq. (#5078)
POORE & ROSENBAUM LLP
30 Exchange Terrace
Providence, RI 02903

**Assented to by the Defendants:**

/s/ Geoffrey W. Millsom
Geoffrey W. Millsom, Esq.
Minette M. Loula, Esq.
Adler Pollock & Sheehan
One Citizens Plaza, 8th Flr.
Providence, RI 02903

## CERTIFICATION

I hereby certify that this document has been filed electronically and it is available for viewing and downloading from the ECF system. Additionally I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on April 4, 2007.

/s/ Christopher J. O'Connor
Christopher J. O'Connor, Esq. (#5078)

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SUSAN BELLAIRE, Individually, JOHN MASSEY, Individually, SUSAN BELLAIRE and JOHN MASSSEY as Parents and Natural Guardians of JOHN-LUC MASSEY, a minor | : | |
| vs. | : | C.A. No.: 07-97-ML-LDA |
| BGH LIMITED PARTNERSHIP and WHOLE FOODS MARKET GROUP, INC. | : | |

**PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF MOTION TO REMAND**

Now come the Plaintiffs, Susan Bellaire, John Massey and Susan Bellaire and John Massey as Parents and Natural Guardians of John-Luc Massey and hereby move this Honorable Court for an Order remanding this matter back to Providence Superior Court. As grounds for the motion, Plaintiffs respectfully submit that this Court lacks jurisdiction because the amount in dispute between the parties does not exceed the jurisdictional amount necessary for removal pursuant to 28 U.S.C. ¶ 1441(a) and 1446(b).

Plaintiffs filed their complaint in Providence Superior Court on February 12, 2007. The Complaint alleges that the Defendants negligently maintained property that they either owned and/or controlled which in turn caused Plaintiff, Susan Bellaire personal injury. The remainder of Plaintiffs' claims are for loss of consortium and/or society. Defendants answered the complaint on February 27, 2007; Defendants deny liability. On March 14, 2007, Defendants filed a Notice of Removal with this Honorable Court. Defendants' maintain that their basis for removal is that this Court has original jurisdiction pursuant to 28 U.S.C. § 1332 because there is diversity of citizenship among the parties. There is no federal question involved.

The relevant portion of this statute states in part: "that the district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs, and is between . . . citizens of a State and citizens or subjects of a foreign state." 28 U.S.C. § 1332(a)(2).

Plaintiffs do not dispute that Plaintiffs are citizens of Rhode Island and Defendants are citizens of foreign states. Defendant Whole Foods Market Group, Inc., is incorporated in the State of Delaware and its principal place of business is Austin, Texas. Defendant BGH Limited Partnership is organized under the law of the Commonwealth of Massachusetts and its principal place of business is in Allston, Massachusetts.

However, for purposes of the jurisdictional amount, Plaintiff respectfully submit and stipulate that the values of their claims do not exceed $75,000.00, exclusive of interest and costs as required by the 28 U.S.C. § 1332(a). Counsel for Plaintiffs and Defendants have conferred on this matter and Defendants assent to the fact that the values of the claims do not exceed $75,000.00, exclusive of interest and costs, and further that this motion may be granted and the case remanded back to Providence Superior Court. Plaintiffs' motion to remand is timely filed pursuant to 28 U.S.C. § 1447(c) because it has been filed within thirty (30) days after the Defendants' filed their Notice to Removal.

Plaintiffs respectfully request that this case be remanded to Providence Superior Court, the forum in which this action was initiated, for resolution of the claims. Plaintiffs submit that remand will not prejudice any of the parties because the Complaint was filed only two months ago and discovery has not yet been propounded by either party. Accordingly, Plaintiffs pray that this Honorable Court grant Plaintiffs' motion to remand and that an Order enter remanding this matter to Providence Superior Court for resolution of the remaining state based claims.

Plaintiffs, Susan Bellaire, John Massey and
John-Luc Massey, a minor, by their attorneys,

/s/ Christopher J. O'Connor
William A. Poore, Esq. (#1436)
Christopher J. O'Connor, Esq. (#5078)
POORE & ROSENBAUM LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-2600 – telephone
(401) 831-2220 – facsimile

**CERTIFICATION**

I hereby certify that this document has been filed electronically and it is available for viewing and downloading from the ECF system. Additionally I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on April 4, 2007.

/s/ Christopher J. O'Connor
Christopher J. O'Connor, Esq. (#5078)